UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

**JAMES N. HATTEN**                                                         **DOCKETING SECTION**
**CLERK OF COURT**                                                               404-215-1655

October 30, 2009

Michael W. Dobbins, Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

      Re: USA vs. Michael Gardner
           Criminal Action No. 1:05-cr-195-WBH
           Your File No. 05cr443

Dear Mr. Dobbins.

    This Court has received a certified copy of the Probation Form 22, transferring jurisdiction for the above-named defendant to your Court. Please find enclosed certified copies of our indictment, judgment and commitment order, and docket for your records.

    Please acknowledge receipt of these documents by returning the enclosed copy to this office.

                                        Sincerely,

                                        James N. Hatten , Clerk

                            By: _Denza Bankhead_
                                    Deputy Clerk

copies via NEF to:

USAO, FLU, Atlanta with copy of transfer order
Financial Section
File